Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                                                Criminal No. CR 00-00245DAE-05

VANESSA CONTRARAS-LULE

On 4/30/2004, the above named was placed on supervised release for a period of 5 years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served 36 months of supervision.

Respectfully submitted,

_____
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 2nd day of May, 2007.

_____
DAVID ALAN EZRA
U.S. District Judge